M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 MAR 26  A 10: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Anthony Richards, Sr. )
Full name and prison name of )
Plaintiff(s) )
)
v. Coffee County Sheriff Department )
Dave Sutton, Sheriff; )
Capt. Richard B. Moss, Administrator; )
Corrections officer Dallas )
Gibson: )
_____ )
_____ )
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 1:07-CV-261-WKW
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____ NONE _____

            Defendant(s) _____ NONE _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____ NONE _____

3. Docket number _NONE_

4. Name of judge to whom case was assigned _NONE_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _NONE_

6. Approximate date of filing lawsuit _NONE_

7. Approximate date of disposition _NONE_

II. PLACE OF PRESENT CONFINEMENT _Coffee County Jail, County Complex #4, New Brockton, AL 36351_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Coffee County, on County Road 502, off Highway 125 or (Hurrican dirt Road)_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                        ADDRESS

1. Dave Sutton, Sheriff, Coffee County Jail, Complex #4, New Brockton, AL 36351
2. Capt. Richard B. Moss, Jail Administrator, Coffee County Jail, Complex #4, New Brockton, AL 36351
3. Dallas Gibson, Correction officer, County Jail, Complex #4, New Brockton, AL 36351
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _March 9, 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _While Under the Authority of the Coffee County Sheriff's department, Sheriff Dave Sutton, Jail Administrator_

-2-

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 3-9-07 while being transported to the Coffee county landfill, where the defendant work under the Authority of the defendants, Sheriff Dave Sutton over the complete institution; Jail Administrator Capt. Richard B. Moss over the jail and work detail; Corrections officer Dallas Gibson

GROUND TWO: The tampering with legal mail a direct violation of my Civil Right.

SUPPORTING FACTS: On or about the 3-12-07 plaintiff mailed a legal letter to Cochran, Cherry, Givens and Smith law firm, located in Dothan, AL to seek legal Advise. One week later the mail came back, deliver to the plaintiff by officer [Jailer] named Marcie, the Jailer crossed out the address with a black marker

GROUND THREE: _____

SUPPORTING FACTS: _____

-3-

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want this court to insure the Plaintiffs ~~defendant~~ of their responsiable, of his medical need for such injuries, that has been caused to the Plaintiff, along with future medical, medication, surgery, and disfuntion physical, body wise and any other finacial expences e these's injury will cost, future wise

_Anthony Richards, Sr._
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/21/07
              (Date)

_Anthony Richards, Sr._
Signature of plaintiff(s)

The Plaintiff request that this court ~~~~ appointment of an Attorney to represent him in the proceeding of this Cause.

-4-

Part Two of-V.
Stating briefly the grounds on which you base your Allegation That your Constitutional rights are being violated:

Capt. Richard B. Moss, and Correction Officer Dallas Gibson.
 The named defendant was responsiable for the safty of inmates incarcerated in Jail, or in any working program, that is asigned to work, transporting to such Job area, the Plaintiff has been denied such protection, which has caused him to be subjected to injury, that is now causing an affect upon the physical movement of his body parts and-ete; and where future problems is shown to accure from the problems that has been caused physical wise.
 The Plaintiff has been denied his rights to be protected from injury while under the authority of the said defendants.

-8-

Part Two-V.
State Briefly the facts which Support this Ground.)

who held authority over the plaintiff during the transporting, and daily working of the plaintiff, was transporting the plaintiff to landfill for daily work, in a county work truck 1990 Chevorlet, color white, which were hit head on by another Automobile a "Pick up Truck".

Plaintiff was transported to ER, at Elba general hospital 3-9-07 after returning to the coffee county jail, and learned that he had suffered a Back injury, Knee injury, wrist injury and neck injury, which has created a great amount of pain in my Back, Knee, right wrist and my neck, which seem to don't want to go away.

I saw doctor Maloni on the first visit, I was taken back to doctor Maloni 3-19-07 Cat scam was done on plaintiff, 3-20-07 plaintiff was taken back to doctor Maloni, where he moved that the plaintiff see a Specialiest, on 3-21-07 the defendant was taken to see doctor Lett who was a bone specialiest in Enterprise, AL, and he stated to the plaintiff that he will need surgery down the line. Asking the amount of One million Dollars [$1,000,000.00] for damages and for future medical attention as needed, medication, Future medication as needed, Surgery and future Surgery as needed, and any other medical cost in the future that will be needed for medical future need of physical care.

-9-

Part Two-V.
   Supporting Facts: Ground Two;

pen, complete blocked out the total address, which could no longer be seen on the envelope and had a stamped, wording on the envelope which states Unsolicited Mail. Plaintiff asked the jailer who's name is Marcie after she pass the letter to me why my mail was returned, she then replied that the person that I sent it to did not want anything to do with me. I sent the tampered envelope home for evidence.

Part Two - VI.
State Briefly Exactly What You want the court to do for you.
   I want the court to rule upon granting insure that future mail going to Legal Law Firm is not tamper with in the same matter that my legal letter has been tamperd with officers or Jailer, and on the behalf to be reward with damage, money for such in the amount of $20,000.

Anthony Richards SR.
Coffee County Jail
County Complex #4
New Brockton, Al. 36351



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama. 36101-0711