IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

Anthony Richards, Sr.,
Plaintiff(s),

v.

Dave Sutton, Sheriff, et. al
Capt. Richard B. Moss, Administrator,
Dallas Gibson, Corrections Officer
Defendants,

CIVIL ACTION NO. 1:07-CV-261-WKW
Supply by Clerk

RECEIVED
2007 MAR 26  A 10:54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## BRIEF IN SUPPORT

Come now the Plaintiff Anthony Richards, Sir, make this brief in support of his allegation, that the liability of each defendant Dave Sutton, Sheriff, Capt. Richard B. Moss, Administrator, Dallas Gibson, Correction Officer, under the circumstances, in his own individual action, is liabilable for the plaintiff injury, which has accured on the date of 3-9-07.

Constitutional Rights fits in the harm that has came to the defendant physically injury, the defendant moves for "substance due process" pursuant to the due process clause of the Fourthteenth Amendment, because the Fourth Amendment provides an explicit textual source of federal constitutional protection against such physically harm, that has been coused or happen to an inmate while incarceration under government authority.

-1-

The Plaintiff that the court refer, that these's defendant are not entitled to absolute immunity from liability for damage, where the Plaintiff safety is or was under the care of three, official (3) Dallas Gibson, Correction officer, driver of the work truck and boss of over plaintiff work sight (2) Capt. Richard B. Moss head official over Dallas Gibson driver of work truck and (1) Dave Sutton Sheriff, number one head over both, Capt. Richard B. Moss, Dallas Gibson, and over Plaintiff.

Done this 21 day of MARCH 2007

Respectfully Submitted

Anthony Richards, Sr.
Defendant

The Plaintiff request that this court appointment of an attorney to represent him in the proceeding of this cause.

-12-