Richards

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.
Dave Sutton, Sheriff
Coffee County Jail
County Complex #4
New Brockton, AL 36351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sandy Pope
☐ Agent
☐ Addressee

B. Received by (Printed Name): Sandy Pope
C. Date of Delivery: 3-30-07

ress different from item 1?  ☐ Yes
elivery address below:  ☐ No

☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

1:07CV261-WKW (Complaint ano. Que 5/7/07) Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1836

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Richards

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.
Richard B. Moss, Capt., Jail Administrator
Coffee County Jail
County Complex #4
New Brockton, AL 36351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sandy Pope
☐ Agent
☐ Addressee

B. Received by (Printed Name): Sandy Pope
C. Date of Delivery: 3-30-07

ess different from item 1?  ☐ Yes
elivery address below:  ☐ No

☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

1:07CV261-WKW (Complaint ano. Que 5/7/07) Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service): 7005 1160 0001 2962 1829

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540