# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ANTHONY RICHARDS, SR.
   Plaintiff

   V.

COFFEE County Sheriff
Department, et al.,
   Defendants.

\*
\*
\*
\*
\*
\*
\*

Case NO.
1:07-CV-261-WKW

## Motion for Leave to Amend

Now comes the Plaintiff Anthony Richards, SR. in PRO-se and moves the Honorable court to grant him permission for leave to Amend his complaint that was filed on 3/28/2007

Done this __2nd__ day of __April__ 2007

Respectfully Submitted

__anthony Richards, Jr.__
   Plaintiff

## Notarization

Sworn to and Subscribed before me this the ___ day of ___ 2007

P.S.   The Jailer Refused to Notarize this Motion!
his name is Stanley Roberts

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of same Motion and Amendment upon the Defendants, Sutton, Moss, and Gibson of the Coffee County Sheriff Department, New Brockton, Alabama. 36351, by placing the same in United States Mail postage prepaid this 2nd day of April 2007

Anthony Richards, Sr.
plaintiff

Anthony Richards, SR.
Coffee County Jail
County Complex #4
New Brockton, Al. 36351

Legal Mail:

MONTGOMERY AL 361

04 APR 2007 PM 3 L

361010711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama. 36101-0711



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF AlABama
SOUTHERN DIVISION

Anthony Richards, SR.
Plaintiff

    V.

Coffee County Sheriff
Department, et al.,
Defendants

        Case NO.
        1:07-CV-261-WKW

## Amendment to Complaint

To this Honorable Court, the plaintiff feels that Ground
ONE of his original complaint speaks for itself. The
plaintiff was indeed injured in a head on collision
Auto Accident on 3-9-07 while being transported to
work at the Coffee County landfill by Corrections
officer Dallas Gibson. The plaintiff is a pre-Trial
detainee, at the Coffee County Jail. Since the Auto
Accident the plaintiff no longer works at the county
landfill or any other Job assignment, due to the
injuries that he sustained in the Auto Accident.
Corrections officer Dallas Gibson no longer uses
that dangerous dirt road in which the accident
occured to transport the inmates to the land-
fill. It is the opinion of the plaintiff and a co-
worker of officer Gibson's who works at the
landfill that officer Gibson should have never
used that Dirt road to transport inmates to
the work site. The change of procedure
proves that MR. Gibson must also think
the road is dangerous.

-1-

Futhermore, the plaintiff has constantly complained since the Accident about neck and back pains. While the plaintiff has had an X-Ray done on his right wrist and an X RAY and a cat scan done on his right Knee, the plaintiffs request for a Back specialist to do an MRI on his Back and diagnos his neck pains have not been met. ON 4-2-07 The plaintiff was taken back to see DR. Meloni. The plaintiff requested to see a Back specialist. DR. Meloni stated "Verbatim" You don't need to find out what injuries you sustained in the Accident, you just need to do some work outs to make your neck and Back feel better. The Doctor then ordered for me to go to physical Therapy at Elba General Hospital. That is not normal procedure. My Back and neck pains should be diagnosed before Rehab should be started, or ordered by the Doctor.

Pertaining to Ground Two: The plaintiff did not actually see a Jailer cross out his returned Legal Mail but when his asked the Jailer named MARCie why the letter was returned, she got very indignent and nasty in saying that who ever you wrote, dont want anything to do with you. that's no way to answer anyone. Futhermore on 4-2-07, I received a letter from the United States district Court. It was a Recommendation from Her Honor Judge Susan Russ Walker.

Upon receiving my mail I noticed that it was already openend outside of the presence of the plaintiff. When I got the letter from officer Allen Baxley I asked him why my Legal mail was openend. He stated that he did not know and that HE got the Legal letter From Captain Richard Moss the Administrator of the Jail and one of the three named Defendants in this complaint. It is the Law and the procedure of any Jail or penal institution that any and all Legal mail be open in the presence of an inmate. The plaintiff feels that his letter from Judge Susan Russ Walker was opened, Read and therefore Tampered with without his knowledge or permission Futhermore the plaintiff again Respectfully Request from the court to Appoint him counsel to Assist him with this claim. Plantiff has made several Request to go to the Jails law library so he can look up case laws and he has not had acccess to it.

Done this 2nd day of April 2007

Respectfully Submitted

Anthony Richards, Sr.
plaintiff in pro-se

-3-