# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| Anthony Richards, SR. Plaintiff | * |
| V. | * Case NO. |
| Coffee County Sheriff Department, et al., Defendants | * 1:07-CV-261-WKW |

## Amendment to Complaint

To this Honorable Court, the plaintiff feels that Ground ONE of his original complaint speaks for itself. The plaintiff was indeed injured in a head on collision Auto Accident on 3-9-07 while being transported to work at the Coffee County landfill by Corrections officer Dallas Gibson. The plaintiff is a pre-Trial detainee at the Coffee County Jail. Since the Auto Accident the plaintiff no longer works at the county landfill or any other Job assignment, due to the injuries that he sustained in the Auto Accident. Corrections officer Dallas Gibson no longer uses that dangerous dirt road in which the accident occured to transport the inmates to the landfill. It is the opinion of the plaintiff and a co-worker of officer Gibson's who works at the landfill that officer Gibson should have never used that Dirt road to transport inmates to the work site. The change of procedure proves that MR. Gibson must also think the road is dangerous.

-1-

Futhermore, the plaintiff has constantly complained since the Accident about neck and back pains. While the plaintiff has had an X-Ray done on his right wrist and an X-RAY and a cat Scan done on his right knee, the plaintiff's request for a Back specialist to do an MRI on his Back and diagnos his neck pains, have not been met. On 4-2-07 The plaintiff was taken back to see DR. Meloni. The plaintiff requested to see a Back specialist. DR. Meloni stated "verbatim" You don't need to find out what injuries you sustained in the Accident, you just need to do some work outs to make your neck and Back feel better. The Doctor then ordered for me to go to physical Therapy at Elba General Hospital. That is not normal procedure. My Back and neck pains should be diagnosed before Rehab should be started, or ordered by the Doctor.

Pertaining to Ground Two: The plaintiff did not actually see a Jailer cross out his returned Legal Mail but when his asked the Jailer named MARCIE why the letter was returned, She got very indignent and nasty in saying that who ever you wrote, don't want anything to do with you. That's no way to answer anyone. Futhermore on 4-2-07, I received a letter from the United States district Court. It was a Recommendation from Her Honor Judge Susan Russ Walker.

-2-

Upon receiving my mail I noticed that it was already openend outside of the presence of the plaintiff. When I got the letter from officer Allen Baxley I asked him why my Legal mail was openend. He stated that he did not know and that HE got the Legal letter From Captain Richard Moss the Administrator of the Jail and one of the three named Defendants in this complaint. It is the Law and the procedure of any Jail or penal institution that any and all Legal Mail be open in the presence of an inmate. The plaintiff feels that his letter from Judge Susan Russ Walker was opened, Read and therefore Tampered with without his knowledge or permission Futhermore the plaintiff again Respectfully Request from the Court to Appoint him Counsel to Assist him with this claim. Plantiff has made several Request to go to the Jail's law library so he can look up case laws and he has not had access to it.

Done this 2nd day of April 2007

Respectfully Submitted

Anthony Richards, Sr.
Plaintiff in pro-se