IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTHONY RICHARDS, SR.
Plaintiff

v.

COFFEE COUNTY SHERIFF
DEPARTMENT, et al.,
Defendants

CASE NO.
1:07-CV-261-WKW

Plaintiff's objection to the
Recommendation of the Magistrate Judge

Comes now the plaintiff in the above style and moves this Honorable court: The plaintiff objects to the recommendation of the magistrate Judge on the grounds that (1) His safety was indeed put in danger by corrections officer Dallas Gibson because the route used to go to work was a dangerous dirt road that was barely enough room for oneway traffic. (2) There are several other safe and efficient county and state highways that should have been used to transport the plaintiff to the work site. (3) One of Dallas Gibson's co-workers told the plaintiff that on several occassions he told the defendant how dangerous that dirt road is and that he should not travel on it to come to work. (4) Since the head on collision, officer Dallas Gibson no longer takes the dangerous dirt road to get to the work site. He instead takes a more safer route.

-1-

Pertaining to ground two, The tampering of legal mail: The plaintiff received on 4-2-07 a Legal Letter from the United States court. It was a letter of recommendation from Magistrate Judge Susan Russ Walker. The envelope containing the letter was opened before the plaintiff received it. According to the Jails Written Policy, it states that any and all Legal mail is to be opened by an inmate in the presence of a Jail corrections officer to protect the privacy of the inmates. The plaintiff wants this Honorable court to know that his rights to privacy has been violated because the Legal letter that was sent to him from the United States District Court was opened outside of his presence and without his permission. The plaintiff ask that the Honorable Judge Susan Russ Walker reverse her previous recommendation and make a new recommendation in favor of the plaintiff. The plaintiff would also like to advise the court that due to the inadaquate and out dated Law Library at the Coffee County Jail, the plaintiff has no access to proper law books in which he can cite case Law in his behalf. Futhermore the plaintiff again humblely request that this Honorable Court appoint him an attorney to represent him in this case.

I the undersigned due declare under penalty of perjury that the statements written are True and correct. Done this 4th day of April our Lord 2007

Respectfully Submitted
*Anthony Richards, Sr.*
plaintiff in Pro-SE

-2-

The plaintiff wants this court to know that the Defendants will not make copies for the plaintiff unless he pays money first. The plaintiff is indigent and cannot afford to pay for copies. He has to write a copy of everything by hand. This treatment is unfair. You will notice from the inmate request slip enclosed that the plaintiff was denied copies. Please keep the Request slip for an Exhibit. Thank you.

# INMATE
# REQUEST SLIP

Date: 4-4-07          Cell Block # 4

Inmate Name: Anthony Richards, SR.

Comments: Captain moss I need some copies made so I can serve the Defendants of my 1983 complaint as ordered by the Federal courts Thank you.

Date of Appointment: _____  Time: _____

**Keep this Request Slip as proof of appointment to show Corrections Officer.

Copies cost 25¢ a page and must be paid before copies will be made.

Capt R——

## Certificate of Service

I hereby certify that I have served a copy of same upon the Defendants, Sutton, Moss, and Gibson of the Coffee County Sheriffs Department by way of hand delivery or United States Mail postage prepaid this 4th day of April 2007.

*Anthony Richards, Sr.*

Anthony Richards, Sr.
Coffee County Jail
Complex #4
New Brockton, Al.
36351

Legal Mail:

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

