# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT of ALABAMA
## SOUTHERN DIVISION

Anthony Richards, SR.    *
Plaintiff    *
   *
   *    CASE NO.
V.    *    1:07-CV-261-WKW
   *
   *
Coffee County Sheriff    *
Department, et al.,    *
Defendants

## "Notice of Change of Address"

Now comes the plaintiff in the above style and notify this Honorable Court that he has changed his address from the Coffee County Jail to 308 Windmill DR. Brundidge, Al. 36010. The Defendants address is the same. Coffee County Jail, County Complex #4 New Brockton, Al. 36351.

I declare under penalty of perjury that the foregoing is True and correct. Done this 9th day of April 2007.

Respectfully Submitted
Anthony Richards, Sr.
Plaintiff in PRO-SE

## CERTIFICATE of SERVICE

I hereby CERTIFY that I have served a copy of this change of Address Notification upon the defendants by United States Mail postage prepaid Done This 9th day of April 2007.

Respectfully Submitted
Anthony Richards, Sr.
plaintiff in PRO-SE



Anthony Richards, SR.
308 Windmill Dr.
Brundidge, AL 36010

MONTGOMERY AL 361
11 APR 2007 PM 2 T

Legal Mail: 2007

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711