IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

ANTHONY RICHARDS, SR.            *

    Plaintiff,                              *

       v.                                        *          1:07-CV-261-WKW

COFFEE COUNTY SHERIFF           *
DEPARTMENT, *et al.*,
                                                          *

    Defendants.

_____

**ORDER**

It appears that service has not been perfected on Defendant Meloni. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Meloni, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before April 23, 2007 Plaintiff shall furnish the clerk's office with the correct address for Defendant Meloni. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Meloni

will not be served, he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

    DONE, this 12th day of April 2007.

                                  /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE