IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY RICHARDS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-261-WKW |
| ) | |
| COFFEE COUNTY SHERIFF ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 30, 2007, the Magistrate Judge filed a Recommendation (Doc. # 7) that the Coffee County Sheriff Department be dismissed with prejudice from this action. Defendant filed a timely Objection to the Recommendation (Doc. # 13). Upon an independent and *de novo* review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and consideration of defendant's Objection, is it hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED; and

2. Coffee County Sheriff Department is DISMISSED from this action with prejudice.

DONE this the 23rd day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE