IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

Anthony Richards, SR
Plaintiff

V.

Coffee County Sheriff
Department, et. al.,
Defendants

Case NO.
1:07-CV-261-WKW

### Notice of Defendants Address

Comes Now the Plaintiff and tells this Honorable Court that the correct and only Address that the the plaintiff Has for defendant Dallas Gibson is: Coffee County Jail, County Complex #4 New Brockton, Al. 36351. Plaintiff also states that Dallas Gibson works at this address 5 days a week. This is the only Address that the plaintiff has for this defendant.

Done this 20th day of April 2007.

Anthony Richards, Sr.
plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that a copy was served upon Defendant Dallas Gibson of the Coffee County Sheriffs Department, by United States Mail postage prepaid.

Done this 20th day of April 2007.

Respectfully Submitted

Anthony Richards, Sr.
plaintiff

Anthony Richards, SR.
308 Windmill Dr.
Brundidge, Al. 36010

Legal Mail:

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama. 36101-0711

