IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

ANTHONY RICHARDS, SR.        *

    Plaintiff,                     *

    v.                             *        1:07-CV-261-WKW

COFFEE COUNTY SHERIFF       *
DEPARTMENT, *et al.*,
                                   *

    Defendants.

_____

**ORDER**

On April 26, 2007 Plaintiff filed a pleading in which he advises the court that the correct service address for Dallas Gibson is at the Coffee County Jail.  The CLERK of the court is hereby DIRECTED to re-attempt service on  Dallas Gibson by serving him at the Coffee County Jail, Complex #4, New Brockton, Alabama 36351, with a copy of this order together with a copy of the complaint, amended complaint,  and the court's March 28 and April 9, 2007 orders of procedure.  Accordingly, it is

ORDERED that Dallas Gibson shall file an answer and written report to the complaint, as amended, on or before **June 5, 2007** in accordance with the court's March 28 and April 9, 2007 orders of procedure.

Plaintiff is advised that the court will not continue to monitor this case to ensure that

each of the named defendants has been served. This is Plaintiff's responsibility. Plaintiff is cautioned that if service is not perfected on Defendant Gibson he will not be considered a party to this cause of action and this case will proceed only against those named defendants on whom service has been perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

DONE, this 27th day of April 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE