IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

ANTHONY RICHARDS, SR   *
 Plaintiff                          *
                                       *   CASE NO.
V.                                  *   1:07-CV-261-WKW
                                       *
Coffee County Sheriff   *
Department, et al.,         *
Defendants.                 *

RECEIVED
2007 APR 30 A 9:13

### Notice of Change of Address

Comes Now the plaintiff in the above style and lets this Honorable Court know that he has changed his Address from 308 Windmill Dr. Brundidge, Al. 36010 to Anthony Richards #243996, P.O. Box 150, Mount Meigs, Al. 36057.

Done this 25th day of April 2007.

Respectfully Submitted
Anthony Richards, Sr.
plaintiff

# CERTIFICATE OF SERVICE

I Anthony Richards, SR. Hereby certify that a copy of this notice of change of Address was served upon the Defendants by United States Mail postage prepaid.

Done this 25th day of April 2007.

Respectfully Submitted
Anthony Richards, Sr.
plaintiff

Anthony Richards 243496
P.O. Box 150
Mount Meigs, Al. 36057

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101

