IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY RICHARDS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-00261-WKW-SRW |
| | ) |
| COFFEE COUNTY SHERIFF'S | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER

COME NOW Sheriff Dave Sutton and Capt. Richard B. Moss, the Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 40 days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

1. On March 28, 2007, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before May 7, 2007. Defendants' Answers are due on May 7, 2007.

2. Counsel for the Defendants is in need of this additional time to fully review the documentation which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

3. The Defendants have not previously requested an extension of time in this case.

4. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including June 16, 2007.

Respectfully submitted this 2nd day of May, 2007.

        s/Ashley Hawkins Freeman
        GARY L. WILLFORD, JR. Bar NO.  WILLG2371
        ASHLEY HAWKINS FREEMAN Bar No.  FREEA3142
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  afreeman@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the **2nd** day of **May, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Anthony Richards, Sr.
        AIS 243996
        Kilby Correctional Facility
        P.O. Box 150
        Mt. Meigs, AL  36057

        **s/Ashley Hawkins Freeman**
        OF COUNSEL