IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

ANTHONY RICHARDS, SR.                    *

    Plaintiff,                                         *

        v.                                               *            1:07-CV-261-WKW

DAVE SUTTON, SHERIFF, *et al.*,          *

    Defendants.                                    *

_____

**ORDER ON MOTION**

Upon consideration of Defendants Moss and Sutton's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 20) is GRANTED; and

2. Defendants Moss and Sutton are GRANTED an extension from May 18, 2007[1] to June 18, 2007 to file their answer and written report.

DONE, this 2nd day of May 2007.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the court's order entered April 9, 2007, which granted Plaintiff's motion to amend complaint, Defendants' deadline for submitting their answer and written report was reset to May 18, 2007.