IN THE UNITED STATES DISTRICT COURT
For THE MIDDLE District OF AlaBama
Southern Division

| | |
|---|---|
| Anthony Richards, SR <br> Plaintiff <br><br> V. <br><br> Coffee County Sheriff Department, eTal., <br> Defendants | ) <br> ) RECEIVED <br> ) 2007 MAY -9 A 9:51 <br> ) <br> ) DEBRA A. ___ <br> ) U.S.C ___ <br> ) MIDDL ___ <br> ) <br> ) 1:07-CV-261-WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

## Motion for leave to Amend

Come Now plaintiff Anthony Richards and move this Honorable Court to allow Him to Amend his complaint that was Filed 3-28-07. Done this 7th day of May 2007.

Respectfully Submitted
*Anthony Richards, Sr.*
Plaintiff

Anthony Richards #243996
P.O. Box 150
Mount Meigs, AL. 36057

"This correspondence is forwarded from Alabama State Prison. The contents have not been evaluated, and the Alabama [Department of Corrections...]"

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

HASLER
$0.390
US POSTAGE

IN THE UNITED States DiSTRICT CourT
For The MiDDle DiSTRiCT oF AlABAMA
SOUTHERN DIVISON

Anthony Richards, SR )
Plaintiff )
)
)
)
V. )   Case NO
)   1:07-CV-261-WKW
Sheriff: Dave Sutton )
Captain: Richards Moss )
OFFiCER: Dallas Gibson )
DocTor: Meloni )
Defendants )
)

## Amendment to Complaint

The plaintiff would move that the Court strike the Coffee County Sheriff Department from the Law suit as they are NOT a legal Entity and therefore, is not subject to suit or liability. The plaintiff wishes to take Action against the Above named Defendants. The plaintiff also needs to Know the Address of the Attorney's for all the Defendants so they can be properly served any and all Futher pleadings, Motion or Any litigation pertaining to case NO: 1:07-CV-261 WKW. Done this the 7th day of May 2007.

Respectfully
Submitted
Anthony Richards
Plaintiff

# CERTIFICATE OF SERVICE

I Hereby Certify that I have served a copy of same upon the Attorney's for Sutton and Moss the Defendants at Webb & Eley, P.C. by United States mail postage prepaid.

Respectfully Submitted

*Anthony Richards, Sr.*
Plaintiff