IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

ANTHONY RICHARDS, SR.,  *
plaintiff                *
                         *  case no.
v.                       *  1:07-cv-261-WKW
                         *
Coffee County            *
Sheriff Department et. al., *
Defendants               *

Plaintiffs Request for the address
of the defendants Attorney

Now comes the plaintiff in the above style and request that the court supply him with the address of the defendants Attorney so he can serve the defendants with future pleadings and motions sent to the court through their Attorney and so he will not have to write copies out to each individual defendant as the plaintiff is indigent and cannot afford to have copies made. The said plaintiff again request that this Honorable Court assign an attorney to represent him in this cause. Done this 2nd day of may 2007.

Anthony Richards, Sr.
plaintiff

# CERTIFICATE OF SERVICE

I Hereby certify that a copy was served upon the defendants by united States Mail postage pre paid. Done this 2nd day of May 2007.

Respectfully Submitted
anthony Richards, Sr,
Plaintiff

Anthony Richards, SR. #243996
P.O. Box 150
Mount Meigs, AL. 36057

Legal Mail: ATTN. Clerk

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama. 36101-0711