IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| ANTHONY RICHARDS, SR. | * | |
| Plaintiff, | * | |
| v. | * | 1:07-CV-261-WKW |
| DAVE SUTTON, SHERIFF, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Address of Defendants' Attorney, it is

ORDERED that the motion (Doc. No. 24) be and is hereby GRANTED. The mailing address for defense counsel is:

> Gary L. Willford, Jr., Esq.
> Ashley H. Freeman, Esq.
> Webb & Eley, P.C.
> P.O. Box 240909
> Montgomery, Alabama 36124-0909

Upon consideration of Plaintiff's second request for appointment of counsel, and for the reasons stated in the court's March 28, 2007 order (*see* Doc. No. 5), it is

ORDERED that the motion (Doc. No. 24) be and is hereby DENIED.

DONE, this 18th day of May 2007.


                    /s/ Susan Russ Walker
                    SUSAN RUSS WALKER
                    UNITED STATES MAGISTRATE JUDGE