IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Anthony Richards, Sr.
Plaintiff

V.

Coffee County Sheriff
Department, et al.,
Defendants

Case No.
1:07-CV-261-WKW

## Notice of Change of Address

Come Now the Plaintiff Anthony Richards and advise this Honorable court that he has changed his address from P.O. Box 150, Mount Meigs, Al. to Anthony Richards #243996, Easterling C.F. 200 Wallace Drive, Clio, Al. 36017. Done this the 27th day of May 2007.

Respectfully Submitted
Anthony Richards, Sr.
Plaintiff

I declare under penalty of perjury that the foregoing is True and Correct
Executed on 5-27-07
(Date)

Anthony Richards, Sr.
Signature of Plaintiff

Anthony Richards # 243996
Easterling C.F.
200 Wallace Drive
Clio, AL. 36017

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711