IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY RICHARDS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-261-WKW |
| | ) | |
| COFFEE COUNTY SHERIFF | ) | |
| DEPARTMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 14, 2007, the magistrate judge filed a Recommendation (Doc. # 23) that plaintiff's Motion for Leave to Amend Complaint (Doc. # 22) to strike the Coffee County Sheriff's Department ("Sheriff's Department") be denied as moot. On April 23, 2007, this court adopted the magistrate judge's Recommendation (Doc. # 16) that the Sheriff's Department be dismissed from this action with prejudice. As such, there is no need to grant plaintiff's motion because the Sheriff's Department has already been dismissed from this case by a prior ruling of this court.

Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 23) is ADOPTED; and

2. Plaintiff's Motion for Leave to Amend Complaint (Doc. # 22) is DENIED as MOOT.

DONE this 4th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE