# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

Anthony Richards, SR.
Plaintiff

V.

CoFFEE COUNTY SHERiFF
DEPARTMenT, et al.,

RECEIVED

2007 JUN -6 A 9: 49

DISTRICT COURT
MIDDLE DISTRICT ALA

1:07CV261-WKW

## NOTICE OF CHANGE OF Address

COME NOW the Plaintiff Anthony Richards and tells

this HonoRable couRT that he has changed his Address

from  P.O. Box 150, Mount Meigs, Al. 36057 to  Anthony Richards #243996

Easterling  C.F.  200 Wallace drive, Clio, Al. 36017

Done this the 2nd Day of JuNe 2007

Respectfully Submitted

Anthony Richards
Plaintiff

## Certification of Service

I Hereby certify that on this the 2nd day of June 2007, I have served a copy of the foregoing to Webb & Eley the Attorneys for the Defendants, by United States mail postage prepaid.

Webb & Eley, P.C
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, Al. 36124

Anthony Richards, Sr.
Plaintiff

Anthony Richards # 243996
Easterling C.F.;
200 Wallace Drive
Clio, Al. 36017

MONTGOMERY AL 361

05 JUN 2007 PM 2 T



USA39

"This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

Office of the clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711