# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

Anthony Richards, SR,
Plaintiff

V.

Coffee County Sheriffs Department, et al.,
Defendants

Case No. 1:07-CV-261-WKW

RECEIVED 2007 JUN 20 A 9:2[?]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Notice of Change of Address

Comes Now the Plaintiff and notify this Court that his Address has changed from 200 Wallace Drive Clio, Al. 36017. Back to P.O. Box 150 Mount Meigs, Al, 36057. Done this the 17th day of June 2007.

Respectfully Submitted

Anthony Richards
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of JUNE, 2007, I have mailed a true and correct copy of the foregoing by United States Mail postage prepaid to the Attorney for the Defendants

Webb and Eley P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Al. 36124


Anthony Richards
Plaintiff



Anthony Richards #243996 A-65-A
P.O. Box 150
Mount Meigs, Al. 36057

Legal Mail

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711

HASLER
$0.41⁰
06/19/2007
Mailed From 36057
US POSTAGE