# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Anthony Richards, SR. <br> Plaintiff <br><br> V. <br><br> Coffee County Sheriff <br> Department, et al., <br> Defendants | 1:07-CV-261-WKW |

## Notice of Change of Address

Comes Now the Plaintiff and notifys this Honorable Court that his address has changed to Bibb Correctional Facility Bed A1-8A. 565 Bibb Lane Brent, Alabama, 35034.

Resepectfully Submitted this the 26th day of June 2007

*Anthony Richards*
Plaintiff

### Certificate of Service

I hereby certify that on this the 26th day of June 2007. I have mailed a true copy of the foregoing by United States Mail, postage prepaid to the following Attorney.

Webb + Eley, P.C.
7475 Halcyon Pointe Drive (36117)
P.O. Box 240909
Montgomery Al. 36124

*Anthony Richards*
Plaintiff

Anthony Richards # 243996
Bibb Correctional AL-8A
565 Bibb Lane
Brent, ALABAMA 35034

LEGAL MAIL
This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711