IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Anthony Richards, SR.
Plaintiff

V.

Dave Sutton, Sheriff, et al.,
Defendants.

1:07-CV-261-WKW

## Motion for Extension of Time

Comes Now the Plaintiff and asks this Honorable Court to grant him an extension to file his response to the Defendants special report. The Plaintiff has been transfered to three different institutions and did not receive the special report until 6/29/07. Therefore he needs a 30 day extension from 7-5-07 to 8-5-07 to prepare his reponse. Plaintiff has limited access to the prison law library. Done this the 2nd Day of July 2007.

Respectfully Submitted
Anthony Richards, S.
plaintiff

## CERTIFICATE OF SERVICE

I HEREby certify that on this the 2nd Day of July, 2007 I have mailed a True and Correct copy to the Clerk of the Court and to the Defendants Attorney webb + Eley: 7475 Halcyon Pointe Drive, P.O. Box 240909 Montgomery, Al. 36124. by United States Mail, postage prepaid.

*Anthony Richards, Sr.*
plaintiff



BIRMINGHAM AL 352
03 JUL 2007 PM 1 L

Anthony Richards #243996
Bibb correctional bed E3 22A
565 Bibb lane
Brent, Alabama 35034

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101307 11

Legal Mail: