IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

ANTHONY RICHARDS, SR.               *

   Plaintiff,                              *

      v.                                    *        1:07-CV-261-WKW

DAVE SUTTON, SHERIFF, *et al*.,      *

   Defendants.                           *

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Extension of Time filed by Plaintiff on July 5, 2007, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 34) is GRANTED;

2. Plaintiff is GRANTED an extension from July 5, 2007 to August 6, 2007 to file a response to Defendants' written report.

DONE, this 6th day of July 2007.

                                         /s/ Susan Russ Walker
                                         SUSAN RUSS WALKER
                                         UNITED STATES MAGISTRATE JUDGE