# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN - DIVISION

Anthony Richards, SR. )
Plaintiff )
    v. )   Civil Case no.
Dave Sutton, Sheriff, et al )   1:07 - CV-261-WKW
Defendants )
)
)
)

## Plaintiffs Reponse to Defendants Special Report
## Sworn Affidavit

① My name is Anthony Richards, SR. I am over the age of nineteen and competant to make this affidavit. On March 9, 2007 while I was a pre-trial detainee in the coffee county Jail's work release program, I was riding to work with C/O Dallas Hudson, JR. and Inmate Jarvis Robinson. We were riding down a narrow and dangerous dirt road at app. 45 to 50 miles an hour, we were running late for work because C/O Allan Baxly needed a ride back to the Jail. C/O Dallas Hudson was driving in the middle of the road and out of nowhere another vehical comming from the opposite direction hit us. Both drivers were going to fast and they were both to far in the middle of the road. The accident could have been avoided. Upon impact I injured my Right Knee. I didn't ride in an ambulance but less than an hour later after arriving back at the Jail, my Neck, Back, and right wrist were also in great pain. I demanded to be transported to the E.R. at Elba General Hospital.    (-1-b) This seemed to be a problem with C/O

After about 20 minutes of complaining about my pains to Corrections officer Stanley Roberts. Me and inmate Jarvis Robinson who also complained of back pains were finally transported to Elba General Hospital where we saw Dr. Meloni. At no time was I laughing and joking as stated by Corr. officer Dallas Hudson, that was a false statement. Dr. Meloni stated that when a person gets into an Auto Accident their body goes into shock and puts up a defense. And some patients don't feel injuries for up to weeks after the accident. When I arrived at Elba General My knee, wrist, back and neck were in great pain and they still are to this day. The statement made by Dallas Hudson that the plaintiff never requested an ambulance or Medical Attention has no merit. He himself said that his knee was starting to hurt before I left the scene of the accident. Dr. Meloni X Rayed my right knee and wrist and gave me a wrist rap and knee wrap and some weak medication. He totally was not doing anything to diagnose my back and neck pain. He stated that he was not a back specialist. Upon returning back to the Jail, I told Captain Moss what Dr. Meloni had prescribed. Not once did I mention that I wanted to go back to work. Their statement saying that I was concerned about not being able to work is totally false. Therefore the Affidavit made by Dallas Hudson was fabricated.

-2-

On at least two different days before the Accident, Officer Dallas Hudson had to swerve out of the way to Avoid collisions with other vehicals traveling in the opposite direction on County Road 232 the dangerous dirt road. The road is also known as hurrican road because of how dangerous it is and I'm sure that there has been many accidents on that road. The Offier was Negligent in continuing to use that road after warnings from a Co-worker. After the Accident he changed procedure and started taking a safer Route to work. Officer Hudson Acted with (Negligent, Bad Judgement with the health and safty of my life). The Driver of the other vehicle, Anthony Howell had no insurance or Drivers license so it was easy for a corrections officer to put the blame totally on him. Pertaining to Exhibit C: The Affidavit of Richard B. Moss there were several false statements. 1) He never asked me or Jarvis Robinson if we needed medical attention, we demanded medical attention. 2) I made several written request to see a back specialist and those records are not included in the special report. They were directed to Richard B. Moss. To this day an MRI was never performed on my Back or Neck. Dr. Meloni Nor Dr. Lett are Back specialist, so for them to say my injuries were minor are without Merit. Dr. Meloni should not have ordered physical Back Therapy without my back and neck being properly examined.

-3-

Captain Richard B. Moss stated in his Affidavit that County road 232 was the most direct route to the work site. I strongly disagree because There is another work crew that goes out to the same worksite. The Recycle crew takes a totally different a safer Route to the same work site as our crew. Knowing this fact, Cpt. Moss also acted with [Negligent, and Bad Judgment] by allowing his subordinant officer Dallas Hudson to use County road 232. ② Pertaing to the tampering of my Legal mail: The plaintiff has sent several letters to the Cochran, Cherry, Givens law firm since he has left the Coffee County Jail and none of them has came back Blackout with unsolicited mail return to sender on them. In fact the Law firm has corresponded with the Plaintiff twice and I have the letters to prove this fact at or if any Jury trial is set by the Court. Captain Moss stated that it is Jail Policy to open legal mail outside the presence of the inmate to check for Contraband. That was a "Lie." All the other inmates who had received legal mail in the 3 months that I was incarcerated at the Coffee County Jail, had their legal mail Brought to them by a regular Corrections officer and opened in their presence. Captain Moss opened my legal mail as a direct Result of this Law suit and in my opinion Read this Recommendation of Magistrate Judge Susan R. Walker.

-4-

Defendant Richard B. Moss knew what he did was wrong in tampering with the plaintiffs legal mail from the United States District Court. This violation has caused deep mental Anguish to the plaintiff. Richard B. Moss acted with complete [Reckless deliberate Indifference] and should be held liable for the damages sought in this claim. Futhermore Sheriff Dave Sutton is over Captain Richard Moss who is over Dallas Hudson in the chain of Command. The Sheriff should know and enforce the policies going on in his Jail. Opening an inmates Legal mail for contraband could easily be done in the presence of the plaintiff Anthony Richards as it is for the other inmates. Dallas Hudson should have used common sense and took the Advise of his co-worker and put safety first in transporting inmates to the worksite. The plaintiff requests a Jury trial to decide this matter. Futhermore the plaintiff pleads with this Honorable Court to assign or appoint him Counsel to represent him in this serious complaint so that the relief sought can be granted. The plaintiff is in no wise an attorney at Law or a paralegal and desparately needs assitance in this matter to find case Laws that will hold these defendants Liable and strike down their immunity defenses.

The plaintiff declares under penalty of perjury that all of his statements made in his response and sworn Affidavit is true and correct. Executed on this the 5 day of July 2007

*Anthony Richards, Sr.*
Plaintiff

Sworn to and Subscribed before me this 5 day of July 2007.

*Laura Hine*
Notary Public

My commission Expires: 9-1-2010

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

Anthony Richards, SR. )
Plaintiff )
V. ) Civil Action No.
) 1:07-CV-261-WKW
Dave Sutton, Sheriff, et al., )
Defendants )
)
)
)
)

## Sworn Affidavit and Reponse to the Defendants Special Report by the Plaintiff

State of Alabama )
Bibb County )

Before ME, the undersigned authority and Notary Public in and for said County and State at large, Personally appeared Anthony Richards, SR. who Being known to me and being by me first duly sworn on oath deposes and says as follows: On the following pages is a sworn statement and a Reponse to the Defendants special Report the sworn reponse will cover true and factual statements pertaining to the Auto Accident on 3-4-07 and the tampering with legal mail also a bad medical Judgement that was made by Dr. Meloni.

Introduction on page 1b

-1ª-