IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Anthony Richards, SR. )
Plaintiff )
)
v. ) 1:07-CV-261-WKW
)
Dave Sutton, Sheriff, et al., )
Defendants )
)
)

## Motion for Summary Judgement [Rule 56(A) Federal Rules of Civil Procedure]

The Plaintiff respectfully request that this Honorable Court treat this response as a Motion for Summary Judgement, and grant unto him the same.

Respectfully Submitted this 5th day of July, 2007

*Anthony Richards*
Plaintiff

Anthony Richards #243996
Bibb Corr. Facility E3-22A
565 Bibb Lane
Brent, Al. 35034

-7-

## CERTIFICATE OF SERVICE

I Hereby certify that on this the 5th day of July 2007, I have mailed a copy of the forgoing to the clerk of the Court and The Attoneys for the Defendants: Webb & Eley, P.C. 7475 Halcyon Pointe Drive P.O. BOX 240909, Montgomery, Alabama 36124 by UNITED STATES MAIL, postage prepaid.

*Anthony Richards, Sr.*
plaintiff

-8-