IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| ANTHONY RICHARDS, SR. | * | |
| Plaintiff, | * | |
| v. | * | 1:07-CV-261-WKW |
| DAVE SUTTON, SHERIFF, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Treat Opposition as a Motion for Summary Judgment, it is

ORDERED that the motion (Doc. No. 37) be and is hereby DENIED at this time. (*See* Doc. No. 6 at 2, ¶5.)

It is further

ORDERED that Plaintiff's opposition (Doc. No. 36), construed to contain a renewed request for appointment of counsel, is DENIED for the reasons stated in the court's March 28, 2007 order. (*see* Doc. No. 5.)

DONE, this 12th day of July 2007.

   /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE