IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY RICHARDS, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-cv-261-WKW |
| | ) |
| **SHERIFF DAVE SUTTON, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Coffee County Sheriff Dave Sutton and Coffee County Jail Administrator Richard Moss, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of Defendants Coffee County Sheriff Dave Sutton and Coffee County Jail Administrator Richard Moss.

Respectfully submitted this the 29th day of May, 2008.

                                                       **s/Joseph L. Hubbard, Jr.**
                                                     JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
                                                     WEBB & ELEY, P.C.
                                                     Post Office Box 240909
                                                     Montgomery, Alabama 36124
                                                     Telephone: (334) 262-1850
                                                     Fax: (334) 262-1889
                                                     E-mail: jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the **29th** day of **May, 2008**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Anthony Richards #243996
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017

                                           s/Joseph L. Hubbard, Jr.
                                           OF COUNSEL