IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| ANTHONY RICHARDS, SR. | * |
| Plaintiff, | * |
| v. | *  1:07-CV-261-WKW |
| DAVE SUTTON, SHERIFF, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of the motion to withdraw filed on May 29, 2008 and for good cause, it is

ORDERED that the motion to withdraw (*Doc. No. 40*) be and is hereby GRANTED

DONE, this 2nd day of June 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE