In the United States District Court
For the Middle District of Alabama
Southern Division

Anthony Richards, SR
Plaintiff

Case No. 1:07-CV-261-WKW

V.

Dave Sutton, sheriff, et al.,
Defendants

## Notification of Change of Address

Comes Now Plaintiff Anthony Richards and do notify this Honorable Court that his Address has changed from 565 Bibb Lane Brent, Al. 35034 to 1290 Red Eagle Rd., Montgomery Al. 36110.

Respectfully Submitted
Anthony Richards

Done this the 18th day of August 2008.

RECEIVED
2008 AUG 19 A 11: 22
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Certificate of Service

I hereby certify that a copy of the same was sent to the Attorney for the Defendants by United States Mail Postage Prepaid.

Done this the 18th day of August 2008.

*Anthony Richards*
Plaintiff

Anthony Richards #343996
Dorm B - Bed: 27A
1290 Red Eagle Rd.
Montgomery, Al. 36110

Legal Mail:

"This correspondence is forwarded by an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

36101+0711