IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY RICHARDS, SR., # 243 996, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-261-WKW |
| | ) | |
| DAVE SUTTON, SHERIFF, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 50), and after an independent review, it is ORDERED that:

(1)  The Recommendation is ADOPTED;

(2)  Plaintiff's claims against Dr. Meloni and Dallas Gibson are DISMISSED without prejudice for lack of service in accordance with Federal Rule of Civil Procedure 4(m);

(3)  Defendants Sutton and Moss's motion for summary judgment (Doc. # 29) is GRANTED;

(4)  This claims against Defendants Sutton and Moss are DISMISSED with prejudice;

(5)  The costs of this proceeding shall be TAXED against the Plaintiff.

DONE this 9th day of September, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE